FILED

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0395

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| INGE and MARK CAHILL, RANDY and KERIN GAYNER, WILLIAM and NANNETTE REED, and IRVING ERICKSON,<br><br>      Petitioners and Appellants,<br><br>v.<br><br>CITY OF COLUMBIA FALLS, COLUMBIA FALLS BOARD OF ADJUSTMENT,<br><br>      Respondents and Appellees,<br><br>CNS PROPERTY DEVELOPMENT, LLC, a Montana Limited Liability Company,<br><br>      Respondent. | **Cause No. DA-22-0395**<br><br>**<u>ORDER</u>** |

Upon consideration of Appellees' motion for extension to file the response brief, and good cause appearing,

Appellees are granted an extension of time until December 30, 2022, to prepare, file, and serve the response brief.

Order Granting Appellee's Second Unopposed Motion

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2022